NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


HOLLY JOY STILLMAN,                     )
                                        )
            Appellant,                  )
                                        )
v.                                      )          Case No. 2D19-1793
                                        )
HARRY DE JESUS,                         )
                                        )
            Appellee.                   )
                                        )
_____)

Opinion filed September 25, 2020.

Appeal from the Circuit Court for Pinellas
County; Thomas H. Minkoff, Judge.

Robert W. Hitchens of Hitchens & Hitchens,
P.A., St. Petersburg, for Appellant.

Michael C. Clarke and Andrew T. Lynn of
Kubicki Draper, P.A., Tampa, for Appellee.


PER CURIAM.


            Affirmed.


KHOUZAM, C.J., and MORRIS and SMITH, JJ., Concur.